# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0059.  WILLIS INSURANCE SERVICES OF GEORGIA, INC. et al. v. BRENT HARTMAN, et al.**

Plaintiffs Brent Hartman and Danielle Maxey, along with their new employer Alliant Insurance Service, Inc., filed a civil action against their old employer Willis Insurance Services of Georgia, Inc. and Willis of Tennessee, Inc. (collectively referred to as "Willis").  The plaintiffs raised claims for declaratory and injunctive relief and sought to bar Willis from enforcing the non-solicitation provisions of their employment agreements.  After a comprehensive hearing and review of the record, the superior court granted injunctive relief to the plaintiffs.  Although the order is styled as granting a "Temporary Restraining Order," it does not include a date on which it will no longer be in effect.  Willis then filed this application for discretionary appeal.

Where, as here, a trial court enters a restraining order after a lengthy adversary hearing and the order grants all of the relief sought and does not expire within 30 days, "the trial court's order is equivalent to an interlocutory injunction." *Glynn County Bd. of Tax Assessors v. Haller*, 273 Ga. 649, 649-650 (2) (543 SE2d 699) (2001).  The grant or denial of an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Haygood v. Tilley*, 295 Ga. App. 90, 90 n.1 (670 SE2d 800) (2008).  This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).

Accordingly, this application is hereby GRANTED, and the applicants shall have ten days from the date of this order to file a notice of appeal with the trial court if they have not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court

is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  08/20/2018  *
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*